# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

STATE OF WASHINGTON, )
                             )
           Respondent, )
                             )
       v.                        )
                             )
RAVENNA DENNISE WOODS, )
                             )
           Appellant. )
_____ )

No. 76615-5-I
(consolidated w/76616-3-I)

DIVISION ONE

UNPUBLISHED OPINION

FILED: MAR 1 2 2018

PER CURIAM. Ravenna Woods appeals the sentence imposed following her guilty pleas to attempted second degree robbery and unlawful possession of a firearm. She contends, and the State concedes, that the trial court lacked authority to impose community custody for her attempted robbery conviction, and that the appropriate remedy is to strike the community custody term from her sentence. See RCW 9.94A.701-702; In re Postsentence Review of Leach, 161 Wn.2d 180, 185-86, 163 P.3d 782 (2007); In re Personal Restraint of West, 154 Wn.2d 204, 215, 110 P.3d 1122 (2005).

We affirm in part and remand solely for the court to strike the community custody term from the judgment and sentence on the attempted robbery.

For the Court:

_Sclerode J_
_Spencer J_
_Cox, J._